**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2021
January 25, 2022 SESSION



FILED
JAN 25 2022

UNITED STATES OF AMERICA

v.　　　　　　　　　　　CRIMINAL NO. 5:22-cr-00012
　　　　　　　　　　　　　　　　21 U.S.C. § 841(a)(1)
ATHENA GRIZZLE

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about October 15, 2020, at or near Shady Spring, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant ATHENA GRIZZLE knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

　　　　　　　　　　　　　　　WILLIAM S. THOMPSON
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　L. ALEXANDER HAMNER
　　　　　　　　　　　　　　　Assistant United States Attorney